# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

        **Case No. 06-CR-312**

   **-vs-**

**RONALD HARRISON,**

        Defendant.

## DECISION AND ORDER

The defendant, Ronald Harrison ("Harrison"), objects to Magistrate Judge William E. Callahan, Jr.'s Recommendation to this Court that his motion to suppress physical evidence be denied. The Court has read Harrison's objection and other relevant portions of the record and rules as follows: Harrison's Motion to Suppress is DENIED.

The Court adopts Magistrate Judge Callahan's conclusions and the rationale supporting same in toto. As indicated, Harrison's Motion to Suppress is DENIED.

Dated at Milwaukee, Wisconsin, this 7th day of December, 2007.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**